IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH BRANCH,** | : | CIVIL ACTION NO. 1:20-CV-2448 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **DEPARTMENT OF CORRECTIONS, PREA ALLEGATIONS, BUREAU OF TREATMENT SERVICES and MEDICAL DEPARTMENT,** | : : : : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 27th day of April, 2021, upon consideration of the complaint and in accordance with the memorandum of the same date, it is hereby ORDERED that:

1. The complaint (Doc. 1) is DISMISSED without prejudice.

2. Defendants Department of Corrections, PREA Allegations, the Bureau of Treatment Services, and the Medical Department are DISMISSED WITH PREJUDICE.

3. Plaintiff is granted leave to file an amended complaint consistent with the court's memorandum of this date within 21 days from the date of this order.

4. In the absence of a timely filed amended complaint, the above-captioned action shall be dismissed.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania